1980869-03

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| YOLANDA GONZALEZ | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 7:23-CV-00338 |
| | § | |
| TRAVELERS PERSONAL | § | |
| INSURANCE COMPANY | § | |
| | § | |
| Defendant | § | |

## DEFENDANT TRAVELERS PERSONAL INSURANCE COMPANY'S NOTICE OF REMOVAL

Defendant TRAVELERS PERSONAL INSURANCE COMPANY ("Travelers" or "Defendant"), files its Notice of Removal of this action from the County Court at Law No. 8, Hidalgo County, Texas to the United States District Court for the Southern District of Texas, McAllen Division, the Court for the District and Division encompassing the place where the lawsuit is currently pending. In support of this removal, Defendant relies upon the Appendix Filed in Support of Defendant's Notice of Removal filed contemporaneously herewith and shows the following:

## I.
## INTRODUCTION

1. On August 29, 2023 Plaintiff filed an Original Petition in the County Court at Law No. 8, Hidalgo County, Texas captioned *Yolanda Gonzalez v. Travelers Personal Insurance Company*, Cause Number CL-23-3456-H (the "State Court Action").

2. Citation for the State Court Action was served on Defendant Travelers on September 5, 2023.

1980869-03

## II.
## BASIS FOR REMOVAL

3. This Court has original jurisdiction over this State Court Action, pursuant to 28 U.S.C. §1332(a), because it is a civil action between citizens of different states where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

4. The Plaintiff seeks monetary relief of over $250,000 but not more than $1,000,000. *See* Exhibit "B" at page 1, paragraph I. Accordingly, the amount in controversy in this matter meets and exceeds the federal jurisdictional minimum of $75,000, exclusive of interest and costs.

5. Plaintiff is and at all relevant times has been a citizen and resident of Texas residing in Hidalgo County, Texas.

6. Defendant, Travelers Personal Insurance Company, at the time of the filing of this action, at the time of this removal, and at all relevant times since and is currently, a citizen of the State of Connecticut because it is a Connecticut corporation with its principal place of business in the State of Connecticut. The United States Supreme Court has adopted a "nerve center" test for determining a corporation's principle place of business. Under this test, the nerve center of the corporation is "the place where the corporation's highest level officers direct, control and coordinate the corporation's activities." *Hertz Corp. v. Friend*, 599 U.S. 77 (2010). In this case, the nerve center of Travelers is located in the state of Connecticut, and as a result, Travelers Personal Insurance Company has its principle place of business in Connecticut

7. Because the amount in controversy exceeds $75,000 and Plaintiff is a citizen and resident of Texas, while Defendant is a citizen and resident of Connecticut, this Court has original jurisdiction over the present action pursuant to 28 USC §1332. Therefore, removal is proper.

8. This action may be removed to this Court pursuant to 28 USC §1441(a), which allows for the removal of any civil action brought in the state court of which the District Courts of

1980869-03

the United States have original jurisdiction, by the defendant or the defendants, to the District Court of the United States for the district and division embracing the place where such action is pending.

9. This Notice of Removal is filed within thirty (30) days after service (on September 5, 2023) by Defendant of the State Court Action. This Notice of Removal has also been filed within one year of the filing of Plaintiff's Original Petition by which the State Court Action was commenced. This Notice, therefore, if timely filed pursuant to 28 USC §1446 (b).

## III.
## PROCEDURAL REQUIREMENTS

10. In accordance with 28 USC section 1446 (D), Defendant will promptly give written notice of this Notice of Removal to Plaintiff through counsel of record and file a copy of this Notice of Removal in the County Court at Law No. 8, Hidalgo County, Texas.

11. Defendant reserves the right to amend or supplement this Notice of Removal.

12. The following are included in the Appendix filed contemporaneously with this Notice of Removal:

(a) an index of all documents that clearly identifies each document and indicates the date the document was filed in the State Court Action;

(b) a copy of each document filed in the State Court Action, except discovery material, arranged in chronological order according to the state court filing date; and

(d) a separately filed JS44 Civil Cover Sheet for Cases Removed from State District Court and Supplement to the JS44.

For the above reasons, Defendant gives notice of the removal of the State Court Action to this Court and respectfully requests that this action proceed before this Court as though it had originally been instituted in this Court.

1980869-03

Dated: October 2, 2023.

    Respectfully submitted,

**BROCK ♦ GUERRA**
**STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100 Telephone
(210) 979-7810 Facsimile

By: _/s/ Robert F. Scheihing_
ROBERT F. SCHEIHING
State Bar No. 17736350
S.D. Bar No. 189030
bscheihing@brock.law

ATTORNEYS IN CHARGE FOR DEFENDANT
TRAVELERS PERSONAL INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record via email in compliance with the Federal Rules of Civil Procedure this 2nd day of October, 2023:

Jose A. Chapa, Jr.          Email: jachapa@smu.edu
Jose A. Chapa Law Firm, PLLC
3116 Scenic Way Ave.
McAllen, TX 78503

_/s/ Robert F. Scheihing_
ROBERT F. SCHEIHING

4